UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDERICK REYES,

                Plaintiff,                      22 **CIVIL** 2380 (VB)

      -v-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 6, 2023, that the R&R is adopted as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the R&R, pursuant to 42 U.S.C. § 405(g), sentence four.

**Dated:** New York, New York

      June 6, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                 **BY:**

                                                                  **Deputy Clerk**